# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

| | |
|---|---|
| **JENNIFER JOHNSON,** : | |
| **CHRISTOPHER B. MORMAN,** : | |
| and **MICHAEL JOHNSON,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | Civil Action No. 6:06-cv-34(HL) |
| **BAINBRIDGE DEPARTMENT** : | |
| **OF CHILDREN AND FAMILY** : | |
| **SERVICES, GINGER HARRISON,** | |
| and **TIM GREEN,** : | |
| : | |
| Defendants. : | |

_____

## **ORDER**

Jennifer Johnson filed the above-captioned lawsuit on May 12, 2006, on behalf of herself, Christopher B. Morman, and Michael Johnson. On May 26, 2006, the Magistrate Judge entered a Recommendation of Dismissal [doc 6], reasoning that all claims were barred by the decision of the Supreme Court of the United States in Heck v. Humphries, 512 U.S. 477, 114 S. Ct. 2364 (1994). Johnson did not file objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1); however, on June 26, 2006, Johnson filed a motion for dismissal without prejudice [doc 7]. In view of the foregoing, therefore, the Recommendation is accepted, the Motion to Dismiss is granted, and this case is hereby dismissed without prejudice.

**SO ORDERED**, this the 27th day of June, 2006.

s/    Hugh Lawson
**HUGH LAWSON, JUDGE**